1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #27157
4  555 12th Street, Suite 1800
   Oakland, CA  94607
5  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
6
   Attorneys for Defendants
7  COUNTY OF ALAMEDA, GREGORY
   AHERN, BRETT KETELES, CARLA
8  KENNEDY, DAVID BRADY, GREGORY
   MORGADO and KERRY JACKSON
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 | STEVEN ANGELL, MILES AVERY, MOLLY ) | Case No.: C13-0190 NC
   | BATCHELDER, SRI LOUISE also known as )
14 | Louise Coles, CICILY COOPER, SHAREEF ) | **[PROPOSED] ORDER CONTINUING**
   | ELFIKI, THEODORE HEXTON, LINDSAY )   | **SETTLEMENT CONFERENCE**
15 | WEBER, Individually and on behalf of others )
   | similarly situated,                       )
16 |                                           )
   |         Plaintiffs,                       ) | Complaint Filed: January 14, 2013
17 |                                           )
   | vs.                                       )
18 |                                           )
   | CITY OF OAKLAND, COUNTY OF                )
19 | ALAMEDA, HOWARD JORDAN, JEFFREY )
   | ISRAEL, ERIC BRESHEARS, RON YELDER,)
20 | DARREN ALLISON, STEVE TULL,             )
   | EDWARD TRACEY, ANTHONY RACHAL, )
21 | SEAN WHENT, GREGORY J. AHERN,          )
   | BRETT KETELES, CARLA KENNEDY,          )
22 | DAVID BRADY, GREGORY L. MORGADO, )
   | KERRY JACKSON, DOES 1-250,             )
23 |                                           )
   |         Defendants.                       )
24 |                                           )

25

26     Magistrate Judge Nathaniel Cousins, by order dated September 18, 2013, having approved

27  the parties' joint request to continue the settlement conference set for September 25, 2013 at 9:30

28
                                            -1-
[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC

1  a.m., the Court hereby continues the settlement conference set for September 25, 2013 to January
2  13, 2014 at 9:30 a.m., 15th Floor, Courtroom C, 450 Golden Gate Avenue, San Francisco, CA
3  94102.  All rules and requirements for the preparation for and attendance at the conference which
4  are set forth in the Court's notice and order dated April 22, 2013, including the procedures for
5  lodging and serving exchanged and confidential settlement conference statements, are hereby
6  incorporated into this order as though set forth herein.

7  IT IS SO ORDERED.

8  Dated: September 25, 2013

_____
LAUREL BEELER
United States Magistrate Judge

27157\628632

-2-

[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC