UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STEVEN ANGELL et al., | No. C 13-00190 NC (LB) |
| Plaintiffs, | **ORDER TO SUBMIT SETTLEMENT CONFERENCE STATEMENT** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

This case is scheduled for a settlement conference on January 13, 2014. The settlement conference statements were due on January 6, 2014. *See* ECF Nos. 18 & 24. The court has not received Plaintiffs' statement. Plaintiffs must submit the statement by 6 p.m. today to the court's orders box at lbpo@cand.uscourts.gov or provide an explanation by telephone to 415-522-4660 or else the court will vacate the settlement conference.

**IT IS SO ORDERED.**

Dated: January 7, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-00190 NC (LB)
ORDER