UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STEVEN ANGELL et al.,<br><br>                Plaintiffs,<br>    v.<br>CITY OF OAKLAND, et al.,<br><br>                Defendants. | No. C 13-00190 NC (LB)<br><br>**ORDER TO SUBMIT ADDITIONAL INFORMATION FOR SETTLEMENT CONFERENCE** |

This case is scheduled for a settlement conference on January 13, 2014. The settlement statements omit the following information required by the court's order regarding the content of statements. *See* ECF No. 18. The information must be provided by 12:00 noon on January 10, 2014. Counsel may email the information to the court's orders box at lbpo@cand.uscourts.gov.

**Defendants** must respond to Plaintiff's demand and must simultaneously notify the court.

**The City of Oakland** must submit a list of attendees from the City Attorney's Office.

**Plaintiffs** must provide fees and costs to date to the court and projected through trial and may do so confidentially. It is possible that Plaintiffs did this in a confidential settlement conference statement. The court has only the exchanged statement. As the parties know from previously-issued orders and settlement communications, the court did not receive Plaintiffs' initially-delivered statements that were sent to the clerk's office.

**IT IS SO ORDERED.**

Dated: January 9, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 13-00190 NC (LB))