GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #27157
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
COUNTY OF ALAMEDA, GREGORY AHERN, BRETT KETELES, CARLA KENNEDY, DAVID BRADY, GREGORY MORGADO and KERRY JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANGELL, MILES AVERY, MOLLY BATCHELDER, SRI LOUISE also known as Louise Coles, CICILY COOPER, SHAREEF ELFIKI, THEODORE HEXTON, LINDSAY WEBER, Individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND, COUNTY OF ALAMEDA, HOWARD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, DARREN ALLISON, STEVE TULL, EDWARD TRACEY, ANTHONY RACHAL, SEAN WHENT, GREGORY J. AHERN, BRETT KETELES, CARLA KENNEDY, DAVID BRADY, GREGORY L. MORGADO, KERRY JACKSON, DOES 1-250, <br><br> Defendants. | Case No.:  C13-0190 NC <br><br> **STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [~~PROPOSED~~] ORDER** <br><br> Complaint Filed:  January 14, 2013 |

The parties herein hereby stipulate and jointly apply to the Court for relief from existing deadlines in the above-referenced matter as follows:

-1-

**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [~~PROPOSED~~] ORDER**
*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC

1. The parties have participated in settlement conferences with Magistrate Judge Laurel Beeler on January 13, February 24 and April 8, 2014. The parties and Judge Beeler feel that good progress has been made toward reaching a resolution of the plaintiffs' claims, and that a further settlement conference would be beneficial. Judge Beeler and the parties have agreed to have a fourth settlement conference on June 27, 2014 at 10:30 a.m. The parties and Judge Beeler also feel that the interests of justice will be served, and the potential for a resolution of this matter will be improved, if the current deadline for the plaintiffs to file a motion for class certification is continued to permit the settlement process to continue.

As a consequence, the parties jointly request that the Court continue the present deadlines for completion of the settlement conference with Judge Beeler, for filing the motion for class certification and the joint case management conference statement and the date of the case management conference as follows:

Completion of settlement conference with Judge Laurel Beeler: July 31, 2014

Last date for plaintiffs to file motion for class certification: August 6, 2014

Filing of joint case management conference statement: September 17, 2014

Case management conference: September 24, 2014 at 10:00 a.m.

DATED: April 28, 2014

YOLANDA HUANG, ESQ.

By: /s/ *Yolanda Huang*
YOLANDA HUANG, ESQ.
Attorneys for Plaintiffs

DATED: April 2, 2014

SIEGEL & YEE

By: /s/ *Dan Siegel*
DAN SIEGEL, ESQ.
Attorneys for Plaintiffs

-2-

**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [PROPOSED] ORDER**

*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC

DATED: April 28, 2014

BARBARA J. PARKER, City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney

By: __/s/ *James F. Hodgkins*__
JAMES F. HODGKINS, ESQ.
Attorneys for Defendants
CITY OF OAKLAND, et al

DATED: April 28, 2014

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: __/s/ *Gregory J. Rockwell*__
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendants
COUNTY OF ALAMEDA, et al.

-3-

**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [PROPOSED] ORDER**

*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC

**ORDER**

GOOD CAUSE appearing therefor, and the parties having so stipulated, the Court hereby GRANTS the parties' joint application for continuance of all existing deadlines and hearing and filing dates as follows:

Completion of settlement conference with Judge Laurel Beeler: July 31, 2014

Last date for plaintiffs to file motion for class certification: August 6, 2014

Filing of joint case management conference statement: September 17, 2014

Case management conference: September 24, 2014 at 10:00 a.m.

IT IS SO ORDERED

Dated: April 28, 2014



-4-

**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [PROPOSED] ORDER**

*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC

**PROOF OF SERVICE BY ELECTRONIC SERVICE**

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [PROPOSED] ORDER** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

| | |
|---|---|
| Yolanda Huang, Esq.<br>P.O. Box 5475<br>Berkeley, CA  94705<br>Tel: (510) 329-2140<br>Fax: (510) 580-9410<br><br>Dan Siegel, Esq.<br>Anne Weills, Esq.<br>SIEGEL & YEE<br>499 14th Street, Suite 300<br>Oakland, CA  94612<br>Tel: (510) 839-1200<br>Fax: (510) 444-6698 | **Attorneys for Plaintiffs STEVEN ANGELL, MILES AVERY, MOLLY BATCHELDER, SRI LOUISE also known as Louise Coles, CICILY COOPER, SHAREEF ELFIKI, THEODORE HEXTON, LINDSAY WEBER, Individually and on behalf of others similarly situated** |
| Barbara J. Parker, Esq.<br>Randolph W. Hall, Esq.<br>Oakland City Attorney's Office<br>One Frank H. Ogawa Plaza, 6th Fl.<br>Oakland, CA 94612<br>Tel:  (510) 238-7686<br>Fax:  (510) 238-6500<br>E-mail:          rhall@oaklandcityattorney.org | **Attorneys for Defendants CITY OF OAKLAND, et al.** |

-5-

**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [PROPOSED] ORDER**

*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC

| | |
|---|---|
| Gregory A. Wedner, Esq.<br>William E. Simmons, Esq.<br>Lozano Smith<br>2001 North Main St., Ste. 650<br>Walnut Creek, CA  94596<br>Tel:  (925) 953-1620<br>Fax:  (925) 953-1625<br>E-mail:         wsimmons@lozanosmith.com | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Oakland, California, on April 28, 2014.

/s/  *Candace Hankins*
Candace Hankins

27157\652673

-6-

**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [PROPOSED] ORDER**

*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC