**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ANGELL, ET AL., | No. C 13-00190 NC (LB) |
|     Plaintiff(s), | **ORDER REGARDING SETTLEMENT CONFERENCE** |
|     v. | |
| CITY OF OAKLAND, ET AL., | |
|     Defendant(s). | |
| _____/ | |

The court's standard settlement order requires the following in relevant part:

> Lead trial counsel shall attend the settlement conference with the parties and with the person having full authority to negotiate and settle the case.
>
> . . .
>
> **2. Government Entity**. A party that is a government entity satisfies the attendance requirement if represented by a person (in addition to counsel of record) who (a) has, to the greatest extent feasible, authority to settle, (b) is knowledgeable about the facts of the case, the government entity's position, and the positions and policies under which the government entity decides whether to accept proposed settlements, and (c) has the authority, if a tentative settlement agreement is reached, to recommend the agreement to the government entity for its approval. *See* N.D. Cal. ADR Local R. 7-4(b). If the action is brought by the government on behalf of one or more individuals, at least one such individual also must attend. *See id.*

*See* ECF No. 18 (settlement conference order). This requirement was not satisfied today. The court has expended an enormous amount of time with the parties in this case and others, expects compliance with its orders, and expects that the parties will not take advantage of the limited

ORDER RE SETTLEMENT CONFERENCE
C 13-00190 NC (LB)

resource of a settlement conference in the future without complying with all requirements of the court's settlement order (including arriving with settlement authority).

The court sets a further settlement telephone conference call with representatives from the Oakland City Attorney's Office on Monday, June 30, 2014 at 3:00 p.m. to discuss the appropriate next steps. The court will send a call-in number to Mr. Simmons and Mr. Hodgkins.

**IT IS SO ORDERED.**

Dated: June 27, 2014

LAUREL BEELER
United States Magistrate Judge