1  YOLANDA HUANG, SBN 104543
   PO Box 5475
2  Berkeley, CA 94705
3  Tel: (510) 329-2140/ Fax: (510) 580-9410

4  DAN SIEGEL, SBN 56400
5  ANNE WEILLS, SBN 139845
   SIEGEL & YEE
6  499 14th Street, Suite 300
   Oakland, CA 94612
7  Tel: (510) 839-1200/ Fax:  510) 444-6698

8
   Attorneys for Plaintiffs
9  STEVEN ANGELL, *et al.* and on
   behalf of the proposed class
10

11                       UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13

14
   STEVEN ANGELL, MILES AVERY, MOLLY )   Case No.: C13-0190 NC
15 BATCHELDER, SRI LOUISE also known as )
   Louise Coles, CICILY COOPER, SHAREEF )  **STIPULATION TO CONTINUE**
16 ELFIKI, THEODORE HEXTON, LINDSAY    )  **PLAINTIFFS' DEADLINE FOR FILING**
   WEBER, Individually and on behalf of others ) **MOTION FOR CLASS CERTIFICATION**
17 similarly situated,                 )   **AND CASE MANAGEMENT**
                                       )   **CONFERENCE AND ALL RELATED**
18         Plaintiffs,                 )   **DATES AND [PROPOSED] ORDER**
                                       )
19 vs.                                 )
                                       )
20 CITY OF OAKLAND, COUNTY OF          )   Complaint Filed: January 14, 2013
   ALAMEDA, HOWARD JORDAN, JEFFREY     )
21 ISRAEL, ERIC BRESHEARS, RON YELDER, )
   DARREN ALLISON, STEVE TULL,         )
22 EDWARD TRACEY, ANTHONY RACHAL,      )
   SEAN WHENT, GREGORY J. AHERN,       )
23 BRETT KETELES, CARLA KENNEDY,       )
   DAVID BRADY, GREGORY L. MORGADO,    )
24 KERRY JACKSON, DOES 1-250,          )
                                       )
25         Defendants.                 )
                                       )
26
           The parties herein hereby stipulate and jointly apply to the Court for relief from existing
27
                                              -1-
28 **STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE FOR FILING MOTION FOR CLASS**
   **CERTIFICATION AND CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND**
   **[PROPOSED] ORDER**
   *Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC

1  deadlines in the above-referenced matter as follows:

2  The parties have participated in settlement conferences with Magistrate Judge Laurel
3  Beeler on January 13, February 24, April 8, 2014, June 27, and July 17, 2014.  The parties are
4  close to completing the settlement process.   To facilitate the potential for a resolution of this
5  matter and to permit counsels to consult with clients; the parties feel that the interests of justice
6  will be served, if the current deadline for the plaintiffs to file a motion for class certification is
7  continued to permit the settlement process to continue.  The parties are scheduled to report to
8  Judge Beeler by August 14, 2014.

9  As a consequence, the parties jointly request that the Court continue the present deadlines
10 for completion of the settlement process with Judge Beeler, for filing the motion for class
11 certification and the joint case management conference statement and the date of the case
12 management conference as follows:

13 Completion of settlement process with Judge Laurel Beeler:  September 15, 2014
14 Last date for plaintiffs to file motion for class certification:  September 30, 2014
15 Filing of joint case management conference statement:  October 15, 2014
16 Case management conference:  October 22, 2014 at 10:00 a.m.

DATED:  August 1, 2014

YOLANDA HUANG, ESQ.

By:  /s/  *Yolanda Huang*
YOLANDA HUANG, ESQ.
Attorneys for Plaintiffs

DATED:  August 1, 2014

SIEGEL & YEE

By:  /s/  *Dan Siegel*
DAN SIEGEL, ESQ.
Attorneys for Plaintiffs

-2-

**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [PROPOSED] ORDER**
*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC

DATED:   August 1, 2014

                LOZANO SMITH

                By:  /s/  *William E. Simmons*
                    WILLIAM E. SIMMONS, ESQ.
                    Attorneys for Defendants
                    CITY OF OAKLAND, et al

DATED:   August 1, 2014

                BOORNAZIAN, JENSEN & GARTHE
                A Professional Corporation

                By:  /s/  *Gregory J. Rockwell*
                    GREGORY J. ROCKWELL, ESQ.
                    Attorneys for Defendants
                    COUNTY OF ALAMEDA, et al.

**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [PROPOSED] ORDER**

*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC

**ORDER**

GOOD CAUSE appearing therefor, and the parties having so stipulated, the Court hereby GRANTS the parties' joint application for continuance of all existing deadlines and hearing and filing dates as follows:

Completion of settlement process with Judge Laurel Beeler:  September 15, 2014

Last date for plaintiffs to file motion for class certification:  September 30, 2014

Filing of joint case management conference statement:  October 15, 2014

Case management conference:  October 22, 2014 at 10:00 a.m.

IT IS SO ORDERED

Dated: August 5, 2014

_____

GRANTED
Judge Nathanael M. Cousins

27157\652673

-4-

**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [PROPOSED] ORDER**

*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC