# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ANGELL, and others,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, and others,<br><br>  Defendants. | Case No. 13-cv-00190 NC<br><br>**ORDER APPROVING REVISED NOTICE**<br><br>Re: Dkt. Nos. 73, 73-2 |

The Court has reviewed plaintiffs' revised proposed notice, Dkt. No. 73-2, and finds that the revised proposed notice has corrected the deficiencies identified in the Court's January 5 order, Dkt. No. 72. Accordingly, the Court approves the revised form of notice with the following two changes that must be made before disseminating the notice to the class:

1. The sentence stating "The proposal, subject to the Court's approval, is for the eight Class Representatives to receive $9,000 for their service representing the Class." must be revised to state "The proposal, subject to the Court's approval, is for each of the eight Class Representatives to receive $9,000 for their service representing the Class." *See* Dkt. No. 73-2 at 5.

2. The typo in the word "EXERCUSE" must be corrected. *See* Dkt. No. 73-2 at 2.

1     The date of the preliminary approval of the settlement will be deemed to be the date
2 of this order, January 8, 2015.
3     IT IS SO ORDERED.
4     Date: January 8, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-00190 NC
ORDER APPROVING REVISED     2
NOTICE