YOLANDA HUANG, SBN 104543
P.O. Box 5475
Berkeley, CA 94705
Tel: (510) 329-2140/ Fax: (510) 580-9410

DAN SIEGEL, SBN 56400
ANNE WEILLS, SBN 139845
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA 94612
Tel: (510) 839-1200/ Fax: (510) 444-6698

Attorneys for Plaintiffs
STEVEN ANGELL, *et al.* and on
behalf of the proposed class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANGELL, MILES AVERY, MOLLY BATCHELDER, SRI LOUISE AKA LOUISE COLES, CICILY COOPER, SHAREEF ELFIKI, THEODORE HEXTOR, and LINDSAY WEBER, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CITY OF OAKLAND, COUNTY OF ALAMEDA, HOWARD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, DARREN ALLISON, STEVE TULL, EDWARD TRACEY, ANTHONY RACHAL, SEAN WHENT, GREGORY J. AHERN, BRETT KETELES, CARLA KENNEDY, DAVID BRADY, GREGORY L. MORGADO, KERRY JACKSON, DOES 1-250,<br><br>                    Defendants. | Case No. C13-0190 NC<br><br>STIPULATION AND APPLICATION FOR EXTENSION OF TIME FOR FILING OF THE MOTION FOR FINAL APPROVAL [~~Proposed~~] ORDER AS MODIFIED<br><br>Complaint Filed: January 14, 2013 |

Angell, *et al*. v. City of Oakland, *et al*.
Stipulation and Application for Extended Time for Filing of Motion for Final Approval

Page 1 of 4

The parties herein hereby stipulate and jointly apply to the Court for relief from existing deadlines in the above-referenced matter as follows:

By order dated January 5, 2015 (Document 72), the Hon. Nathanael Cousins of this Court ordered Plaintiffs to file their motion for final approval and any supplemental filings in support of the requested incentive award and attorneys fees and costs, within 14 days of the date the class notice is disseminated to the class members as provided in the settlement agreement. Per the settlement agreement, for all class members who fail to respond within 45 days of the mailing of the notice, plaintiffs will make every effort to contact those class members through direct contact,

The Court's order of January 5, 2015 set April 1, 2015 as the hearing date for the motion for final approval.

The class notice was mailed to class members on January 15, 2015, and class members have begun submitting completed claim forms. In light of the 45 day window contained within the settlement agreement for the initial period for responses from class members, the parties believe that it is in the best interest of justice and judicial economy, to wait until the 45 day period has passed in order to assess the level of objections to the terms of the settlement, including the incentive awards and attorneys fees, and respectfully request that plaintiffs be provided an extension of time to March 4, 2015 in which to file the motion for final approval and any supplemental filings in support of the requested incentive award and attorneys fees and costs.

DATED: January 28, 2015

YOLANDA HUANG, ESQ.


By: _____/s/ Yolanda Huang_____
YOLANDA HUANG, ESQ.
Attorneys for Plaintiffs

DATED: January 28, 2015                 SIEGEL & YEE



By: ___/s/ Dan Siegel_____
DAN SIEGEL, ESQ.
Attorneys for Plaintiffs

Angell, *et al*. v. City of Oakland, *et al*.
Stipulation and Application for Extended Time for Filing of Motion for Final Approval
Page 2 of 4

DATED: January 28, 2015            LOZANO SMITH

By:      /s/ *William E. Simmons*
WILLIAM E. SIMMONS, ESQ.
Attorneys for Defendants
CITY OF OAKLAND, et al

DATED: January 28, 2015            BOORNAZIAN, JENSEN & GARTHE

A Professional Corporation

By:   /s/ *Gregory J. Rockwell*
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendants
COUNTY OF ALAMEDA, et al.

Angell, *et al*. v. City of Oakland, *et al.*
Stipulation and Application for Extended Time for Filing of Motion for Final Approval

Page 3 of 4

ORDER

GOOD CAUSE appearing therefor, and the parties having so stipulated, the Court hereby GRANTS the parties' joint application for extension of time for filing the motion for final approval.

Last date for plaintiffs to file motion for class certification: ~~March 4, 2014~~ February 13, 2015.

Dated: January 30, 2015



IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins

Angell, *et al*. v. City of Oakland, *et al*.
Stipulation and Application for Extended Time for Filing of Motion for Final Approval

Page 4 of 4