From: Nate Pitts

3303 Camarones Place

San Ramon CA 94583

925-551-5838

Case: C13-0190NC (Angel et al v City of Oakland et al)

RECEIVED
2015 MAR 19 P 3:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>Objection of settlement and written intent to appear in court</u>

To whom it may concern:

I am writing to express my belief that the settlement is unfair and unsatisfactory. At no time during the proceedings was my autism introduced into court. Legal council acting on behalf of the Occupy arrestees refused to acknowledge my disability despite it being documented.

I believe that the settlement of $2,600 does not reflect my experiences of the night of January 28th. I specifically told Oakland police and Oakland fire department that I had a disability. I expressed clearly that I am autistic. A police officer told a staff member of the YMCA that I was not going to be arrested. I was told to wait downstairs on a bench next to the locker/shower area. I was told that I would leave with YMCA staff after the police cleared everyone out. Then later the police changed their mind without explaining why. I was detained with everyone else, despite being told previously I was not going to be taken. I had a panic attack and was told I could talk to a member of the fire department. But then the police again changed their mind and refused me access to someone within the fire department. Even as a member of the fire department walked by me, I asked if I could talk to him and he refused.

My sense of panic increased on the bus. And I got somewhat sick to my stomach on the bus. When I 'spat up' a little, the police made fun of me. The police put me in a state of panic which made me have a mental health crisis inside Santa Rita. Within Santa Rita I was denied access to medical care despite going through a mental health crisis situation. When I was taken to the medical area, I was told that protesters were not allowed to see a nurse, and I was taken back to a cell instead. I requested my own room, and was denied my own room, even though I expressed concerns about being attacked by other inmates because of my disability and because of my gender/sexual identity. Police kept making fun of my mental health disability and my state of panic.

A lawyer visited me in Santa Rita. After I spoke to the lawyer, I was threatened by a guard, who punched passed my head to scare me. He acted like he was going to hit me in the head, but missed

inches away from me.  He said I was crazy and he could do anything he wanted to me, and he could make it so I would never leave Santa Rita.

The entire process has been psychologically devastating, including ongoing panic attacks, flashbacks and nightmares which have been occurring for years now.  I was abused by police and by prison guards, and denied healthcare by various agencies including even the fire department.  My disability was not acknowledged, although police and guards did take advantage of my autism by humiliating me.

In a final act of abuse, my clothes were not return by Santa Rita guards.  I was the only person to leave in a paper suit.  No other person that I am aware of reported missing clothing.  Everyone I saw got to leave in their own garments. I had to leave in a paper suit.

Settlements should provide compensation for abuse and should act as a deterrent to dissuade repeat abuse.  This settlement offered does neither.  $2,600 does not reflect the experiences I went through and the psychological problems I still incur.  The City of Oakland, the county of Alameda and the state of California need to understand that autism is a recognized disability and people with autism are protected by various laws offering disability rights.  The police cannot just abduct and abuse people with autism.

I am asking for an amount somewhere closer to $200,000.  In the contemporary Bay Area economy, with the standard of living being so high, that amount is not unreasonable.  I am not asking for enough money to buy a house, or to get rich.  I am not asking for an unreasonable or obscene amount of cash.  I just would like an appropriate settlement that actually acknowledges my disability and the trauma I have been experiencing through this process which has being going on for 3 long years now.

I do intend to appear in court to discuss this matter further.

Nate Pitts

*Nate Pitts* (signature)