1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #27157
3  555 12th Street, Suite 1800
   Oakland, CA  94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendants
6  COUNTY OF ALAMEDA, GREGORY
   AHERN, BRETT KETELES, CARLA
7  KENNEDY, DAVID BRADY, GREGORY
   MORGADO and KERRY JACKSON
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| STEVEN ANGELL, MILES AVERY, MOLLY BATCHELDER, SRI LOUISE also known as Louise Coles, CICILY COOPER, SHAREEF ELFIKI, THEODORE HEXTON, LINDSAY WEBER, Individually and on behalf of others similarly situated,<br><br>             Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, COUNTY OF ALAMEDA, HOWARD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, DARREN ALLISON, STEVE TULL, EDWARD TRACEY, ANTHONY RACHAL, SEAN WHENT, GREGORY J. AHERN, BRETT KETELES, CARLA KENNEDY, DAVID BRADY, GREGORY L. MORGADO, KERRY JACKSON, DOES 1-250,<br><br>             Defendants. | Case No.: C13-0190 NC<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO INDIVIDUALLY NAMED DEFENDANTS**<br><br>Complaint Filed: January 14, 2013 |

        The undersigned, attorneys for the parties herein, hereby stipulate and jointly apply to the

Court, pursuant to the terms of Section IID of the Settlement Agreement between the parties, for

an order, pursuant to Federal Rule of Civil Procedure 41(a)(2), dismissing the plaintiff's complaint

                                      -1-

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION AS TO INDIVIDUALLY NAMED
DEFENDANTS
*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC

herein, and all causes of action contained therein, with prejudice, as to defendants GREGORY AHERN, BRETT KETELES, CARLA KENNEDY, DAVID BRADY, GREGORY MORGADO, KERRY JACKSON, HOWARD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, DARREN ALLISON, STEVE TULL, EDWARD TRACEY, ANTHONY RACHAL and SEAN WHENT, with all such defendants to bear their own costs and attorneys' fees herein.

DATED:   March 27, 2015

YOLANDA HUANG, ESQ.

By: __/s/ *Yolanda Huang*__
      YOLANDA HUANG, ESQ.
      Attorneys for Plaintiffs

DATED:   March 27, 2015

LOZANO SMITH

By: __/s/ *William E. Simmons*__
      WILLIAM E. SIMMONS, ESQ.
      Attorneys for Defendants
      CITY OF OAKLAND, HOWARD
      JORDAN, JEFFREY ISRAEL, ERIC
      BRESHEARS, RON YELDER,
      DARREN ALLISON, STEVE TULL,
      EDWARD TRACEY, ANTHONY
      RACHAL and SEAN WHENT

DATED:   March 27, 2015

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: __/s/ *Gregory J. Rockwell*__
      GREGORY J. ROCKWELL, ESQ.
      Attorneys for Defendants
      COUNTY OF ALAMEDA,
      GREGORY AHERN, BRETT
      KETELES, CARLA KENNEDY,
      DAVID BRADY, GREGORY
      MORGADO and KERRY JACKSON

-2-

STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION AS TO INDIVIDUALLY NAMED DEFENDANTS

*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC

**ORDER**

GOOD CAUSE appearing therefor, and the parties having so stipulated, the Court hereby DISMISSES the plaintiffs' complaint for damages, and all causes of action contained therein, with prejudice, as to defendants GREGORY AHERN, BRETT KETELES, CARLA KENNEDY, DAVID BRADY, GREGORY MORGADO, KERRY JACKSON, HOWARD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, DARREN ALLISON, STEVE TULL, EDWARD TRACEY, ANTHONY RACHAL and SEAN WHENT, with all such defendants to bear their own costs and attorneys' fees herein.

**IT IS SO ORDERED**

Dated: April 7, 2015

GRANTED
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION AS TO INDIVIDUALLY NAMED DEFENDANTS
*Steven Angell, et al. vs. City of Oakland, et al.*; USDC-Nor Dist. Case No. C13-0190 NC