# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANGELL, MILES AVERY, MOLLY BATCHELDER, SRI LOUISE AKA LOUISE COLES, CICILY COOPER, SHAREEF ELFIKI, THEODORE HEXTOR, and LINDSAY WEBER, individually and on behalf of others similarly situated,<br><br>     Plaintiffs,<br>  vs.<br><br>CITY OF OAKLAND, COUNTY OF ALAMEDA, HOWARD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, DARREN ALLISON, STEVE TULL, EDWARD TRACEY, ANTHONY RACHAL, SEAN WHENT, GREGORY J. AHERN, BRETT KETELES, CARLA KENNEDY, DAVID BRADY, GREGORY L. MORGADO, KERRY JACKSON, DOES 1-250,<br><br>     Defendants. | Case No. C13-0190 NC<br><br>[~~PROPOSED 3rd~~]  THIRD ORDER OF EXONERATION AND FOR SEALING AND DESTRUCTION OF ARREST RECORDS, AND FOR WITHDRAWAL AND DESTRUCTION OF DNA SAMPLES |

   Pursuant to the Stipulation of the City of Oakland and Chief of Police Whent on behalf of the arresting agency, the Oakland Police Department; this Court hereby EXONERATES and finds each of the persons listed below FACTUALLY INNOCENT of all charges for which they were arrested by the Oakland Police on January 28, 2012.

   This Court, having found the below-listed persons to be factually innocent of the charges for which the arrests were made, orders Defendants, the Department of Justice, and any other law enforcement agency which participated in the arrest of the below named individuals on January 28, 2012, to seal all records of their arrest on January 28, 2012, and to destroy said records.  [Cal. Penal Code §858.1 (b)]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The destruction of arrest records pursuant to this Court's order shall be accomplished by permanent obliteration of all entries or notations upon the records pertaining to the arrest, and the record shall be prepared again so that it appears that the arrest never occurred. However, where the only entries on the record pertain to the arrest and the record can be destroyed without necessarily affecting the destruction of other records, the document constituting the record shall be physically destroyed.  [See Cal. Penal ode §851.8(j)]

For those individuals who were charged with a felony and were required to provide a DNA sample prior to release, said DNA profiles shall be expunged and all such DNA samples withdrawn and destroyed.

The arrests of the below-listed persons on January 28, 2012 are deemed not to have occurred and pursuant to this Court's order, the below-listed persons may answer accordingly any question relating to its occurrence.  [See Cal Penal Code §851.8(f)]

Plaintiffs are ordered to file, under seal, a more detailed list of the below-listed persons which will include their dates of birth and Alameda County Sheriff's identification numbers provided (PFN numbers).  Plaintiffs shall serve a copy to Defendants for the sole purpose of facilitating arrest expungement and DNA withdrawal pursuant to this Court's order.  Defendants will provide a copy of the Court order to the California Department of Justice, along with the detailed list of Plaintiffs and of all Claimants, and advise said agency of the fact that the records of their January 28, 2012 arrests have been rendered obsolete on the basis of a finding of factual innocence pursuant to Penal Code § 851.8, which shall include expungement of all DNA profiles obtained and to request that any DNA samples be withdrawn and destroyed.

PERSONS WHO ARE FOUND FACTUALLY INNOCENT AND EXONERATED:

A.  Charged with Misdemeanor(s)

Miles  Avery

Molly Batchelder

Cicily Cooper

Shareef Elfiki

Theodore Hexter

Sri Louise Aka Louise Coles

Lindsay Weber

Emily Elizabeth Algire

Ward Robert Anderson

Amanda Armstrong-Price aka Matthew Palmer Armstrong

Ariella Aronstam-Powers aka Ariella Powers

Joseph Michael Barrett

Anna  Basalaev-Binder  aka Anna Basalacy-Binder

Russell George Bates

Sarah  Baracks

Dixon Beatty Aka Ramsey Dixon Beatty

Kimberly Michelle Beavers

Stella  Fay Beckman

Jeremy James Begin

Philip  Bene

Kelsey Elisabeth Berg

Noah Kenney Berlove

Barbara Anne Bettenburg

Sarah Danielle Bird

Lara Bitar

Dan Sigurl Borgstrom

Kevin Brackett

Michael Shane Boyle

Benjamin James Braley

Benjamin Drew Breedlove

Joseph Paul Briones

Mengesha Lee Brody aka Brody Mengesha Lee

Kristopher Halliday Brown

Claire Megan Buss

Rachael Jennifer Byrne

David Ryan Cantor

Angel Faith Castellon

Vanessa Zoe Ceja

Yael Chanoff

Louis Dominic Chavez

Christopher Chitty

Honest Chung

Michael Thomas Clemmons

John Piers Cliffe Aka Bobby Donnehoo

Joshua Clover

Laura Elizabeth Copeland

Angela Marie Coppola

Marjorie Coshnear

Shalin Mikkol Craig

Evan  Cassidy Cross

Rebecca Crump

Lisa Curran

Isaac Walker Dalto

Clara  Sage Daims

Michael Kahoku Damaso

Kristopher L. Daum

Dylan O'Brien Davis

Carl John Davison

Allison Christine Deger

Sarah  Denton

Eric Ernesto DeSouza

Zerena Yesenya Diaz

Florence Lewbel Dickerson

Cannon Dill

Sandy Park Dimalanta

Tyler  James Disney

Nicholas Doliber

Robert Larry Donohoe

Charles Power Dubbe

David Kenneth Easlick

Michelle Simone Edwards

Alyssa Theia Eisenberg

John Barton Elliott

Scott C. Elliott

Natalie Excoffier

Gaie Ezer

Ryan Rutherford Farley

Steven Farmer

David Firestein

Michael James Fitzpatrick

Lorea  Emmanuelle Ruth Foinels

Emily  Rose Fowler

Jackson James Fowler

Nathaniel Freiburger

Gabriella Johnston Fritz

Jackqueline Frost

Cailyn Ariel Furrer

Jeff David Galvao Aka Jeffrey David Calvao

Max Gasner

Juan Manuel  Garcia

Jacob Matthew Gelender

Stephan Georgiou

Kim Lindale Gibler

Brian  Francis Crow Glasscock

Diego  Glusberg

Jessica N. Golden

Augustine Tino Gonzales

Michael Wesley Grace

Rebecca Dayle Greene

Zachary Seth Greer

Zachary Haber

Michael Christian Haley

Karen Lee Hancock

Courtney Hanson

Dylan Hararah

Jamie Leroy Harris

Thomas Andrew Helme

Jose Hernandez

Joshua Scott Hewitt

Tyler Anthony Hinton

Hannah Lee Hoffman

Sarah  Hollman

Sara Husain

Emily Ingraham

Miles  Ingraham

Keli Iwamoto

Cody James

Spencer Janyk

Francis Jervis

Allyson Elizabeth Johnson

Brigitte AnneJ ohnson

Deanna Rose Johnson

Jedediah Michael Johnson

Lauren Elizabeth Johnson

Leslie Margaret Johnson

Paula Graciela Kahn

Morgan Andrea Geissler Kanninen

Melvin Murice Kelley aka Melvin Maurice Kelley

Orion Jason Andrew Kellogg

Kyle Clifford Kessler

Nora Khouri

Alexander SunYoung Kim

Walter Kim

Jacquelyn Kingkade

Spencer Lawrence Kobylka

David Lawrence Kubicz

Matt W. Lambert

Clare Bridget La Presle

Samuel Phillip Lavigne

Robert Patrick Lee

Ryan Giljuu Lee

Alan Hazel Legorreta

Claire Julietta Lesnick aka Claire L. Lesnick

Martha Louise Lincoln

Evan Frank Loker

Omar Lopez

Amanda Grace Low

Jennie Hang Lu

Martin A. Mackerel

Callie Elizabeth Maidhof

Kimberly Marks

Richard Allen Marler

Gricelda Gutierrez Martin

Elena  Martinez

Cepano Mashiahof

Dustin  Paolo Matchett-Morales  aka Dustin Matchett

Thomas William Matzat

Lucas Cole McCabe

Nicholas Cole McClung

John Woodson McComb

Gregory Eugene McGarry

Alexander McGee

Terrence John McNamara

Floyd  Dewane Montgomery Jr.

David  Montoya

Emily  Morrison

Jean Ritchie Mortensen

Selmane Naitamar

John Neesbye-Hansen Aka John Hansen

Jonathan Nelson

Celeste Obomsawin

William Finnin O'Connor aka William Finuin Connor

Carla  Orendorff

Varun Pande

Jack Alexander Perkins

Adrianne Pigula aka Adruabbe Barber Pigula

Nathan Pitts

Christina Plumb

Gregory Michael Plummer

Antal Csaba Polony

Steven A. Porter

Lane Cody Powell

Jeb Purucker

Magali Rabasa

Sarah  Radford

Katie  Rapp

Ina Adele Ray

Christian A. Ream

William Heman Joachin Regalado

Naomi Masako Reagan

Jessica Andrea Rey

Jill Christine Richards

Forrest Ripley-Phipps

Muneeza Rizvi

Kevin Thomas Robishaw

Daniel Rodis

Amanda Naiara Rodriguerz-Archer

Kimberly Renne Rojas

Theocharis Theodosiou Roussos

Donovan Russell

Justin Alan Ryan

Lauren Quinn Salter

Azusa Sato

Katherine Scheel

Peter Scherer

Jan  Schifter

Javier  Jeffery Sethness

Ian David Sharp

Leah  Z. Sharp

Douglas M. Schneider

Michael Joseph Shane

Michael Alexander Shortt

Gabrielle Silverman

William Macarthur  Skewes-Cox

Matthew Aaron Smaldone

Carlton **Ray** Smith

Lauren Smith

William F. Sonne

Yasin  Frank Southall

Frank  Rogers Sowokinos

Andrew Blake Spencer

Stasha Stahl

Zachary Stevens

Nellie  Stokeld

Janice Yvonne Suess

Karolina Szymanska

Kevin Takalo

Brandon Tauszik

Owen  Thaxton

Jennifer April Tifft

Kenji Tomari

Justin Tombolesi

Jordan Matthews Towers

Wendy Trevino

Benjamin Truskier

Bernardo David Tubbs

Celeste Turconi  Aka Celeste Brodie

1   Michelle Renee Ty

2   Jeremy Lawrence Tyler

3   Daniela Urban

4   Randy Utz

5   Daphne Vander Decken

6   Cameron Mark Vanderscoff

7   Matthew Van Saun

8   Vishrut  Arya aka Arya Vishrut

9   Rebecca VonBehren

10  Meghan VonGremp

11  Adam M. Weathers

12  Matthew Weathers

13  Courtney Wentz

14  Bryan Andrew Westfall

15  Alexander White

16  Nyle White

17  Edward Wildanger

18  Randolph Wilkins

19  Ann Wilkismeyer

20  Damon Williams

21  Jami Williams

22  Cole Willsea

23  Terence Yancey

24  Jingtian Yu

25  Muchq Ali Zaidi

26  Patria  Zandi

27  Laura  Zelko

28  Sami  Zerrade

    Noah  Y.  Zimmerman

Michael Scott Davis

Olivia Gubser

Genesis Quiroz

B.  Charged with Misdemeanor and Felony and DNA Sample Taken

Steven Angell

Anwar Adem

Hadas Alterman

Freydoon Azimi

Nicholas Neal Barclay-Havlin

Hanora Rochelle Bauer aka Manora Bauer

Sean Paul Betouliere

Ian Van Billett

Nadine Sofia Brennan

Adam Troy Briggs

Dylan Alexander Brignon

Everardo Bautista Calderon

Dante Cano

Tobi Geyl Chase

Gildo Louis Epis Jr.

Eric Leighton Forsman

Joesph Leonard Glasner

Anastasia Gomes

Lev Gorelov aka Lev Yui Goelov

Susan Lea Guarmmagnotti aka Susan Lea Quarm-Magnotti

 Clint Anthony Hayden

Jessamyn Hannah Hise

Sean Patrick Keaveny

Taylor Anne Kohles

Fatima Maria Macdonald

Laura Renata Martin

Ethan Sawyer McHugh-Merrill

Edward F. Miller

Jose Montenegro

Maria Isabel Montenegro

William Finnin O'Connor aka William Finuin Connor

Donna Maribel Olivera

Dennis Ray Powell Jr.

Mohamed Ali Shehk

Ian Michael Steinman

Geoffrey Thorton aka Adeline Cora Tealle

Michael Veremans

Hannapesha Wolman-Clapsadle aka Hanna Clapsadle aka Hannapesha Weber

IT IS SO ORDERED.

Dated:_____April 7_____, 2015



HON. _____
UNITED _____
MAGIST_____RT

GRANTED
Judge Nathanael M. Cousins

Angell, *et al*. v. City of Oakland, *et al*. [Proposed] Order of Exoneration and Destruction of Arrest Records, And for Withdrawal and Destruction of DNA Samples"

Page 13 of 13